AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

NILES MIRROR & GLASS, INC.
a/k/a Niles Mirror & Glass
a/k/a Niles Mirror & Glass Co.

CASE NUMBER   1:05CV02481

JUDGE: Royce C. Lamberth

CASE DECK TYPE: Labor/ERISA (non-employme:

DATE STAMP: 12/27/2005

TO: (Name and address of Defendant)

Niles Mirror & Glass, Inc.
a/k/a Niles Mirror & Glass
a/k/a Niles Mirror & Glass Co.
234 Robbins Avenue
Niles, OH  44446

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 2 7 2005

CLERK                                DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT           DISTRICT OF COLUMBIA

International Painters and Allied Trades
Industry Pension Fund                              Civil No.: 1:05CV02481

vs

Niles Mirror & Glass, Inc.
a/k/a Niles Mirror & Glass
a/k/a Niles Mirror & Glass Co.

SERVICE OF PROCESS ON: **Niles Mirror & Glass, Inc. a/k/a Niles Mirror & Glass a/k/a Niles Mirror & Glass Co.**

X___ JOHN C. RICHARDS_____, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:    X 1/20/06    11:00AM
Place of Service:   234 Robbins Avenue Niles, OH 44446
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

X___ By personally handing to an Officer or Manager In Charge or Managing Agent, whose name and title is: __LORI PADEN, AUTHORIZED EMPLOYEE WHO STATED SHE COULD ACCEPT SERVICE.__

Description of Person Receiving Documents: ~~Male~~/Female   Skin Color CAUC.___
                                             Hair Color BROWN   Age 45  Hgt 5/8  Wgt 120

Undersigned declares under penalty of perjury that the foregoing is true and correct

X _[signature]_                              X 1/20/06
Signature of Server                           Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                       215-922-6700