## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-02481(RCL) |
| v. | ) ) | |
| NILES MIRROR & GLASS, INC. | ) ) | |
| Defendant. | ) | |

### REQUEST TO CLERK TO ENTER DEFAULT
### PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendant, Niles Mirror & Glass, Inc. a/k/a Niles Mirror & Glass a/k/a Niles Mirror & Glass, Co., Inc., for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Affidavit of Sanford G. Rosenthal.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

              BY:/s/  Sanford G. Rosenthal
                SANFORD G. ROSENTHAL, ESQUIRE
                (I.D. NO. 478737)
                The Penn Mutual Towers, 16th Floor
                510 Walnut Street, Independence Square
                Philadelphia, PA 19106-3683
                (215) 351-0611
Date: February 13, 2006        Attorney for Plaintiff

164677-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NILES MIRROR & GLASS, INC. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 05-02481(RCL) |

**AFFIDAVIT OF SANFORD G. ROSENTHAL, ESQUIRE
FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, having been first duly sworn according to law, hereby deposes and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Niles Mirror & Glass, Inc. a/k/a Niles Mirror & Glass a/k/a Niles Mirror & Glass, Co., by John C. Richards, Process Server, at 234 Robbins Avenue, Niles, OH 44446 by serving Lori Paden, an employee authorized to accept service on behalf of the Defendant, on January 20, 2006. The Return of Service has been duly docketed with the Court. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

3. Defendant has not filed a proper Answer with this Court or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

4. Defendant is neither an infant nor incompetent person.

5. Inasmuch as a Defendant is a corporation, it is not in the military service

164677-1

  6.  The Clerk is requested to enter default against Defendant.

           I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: February 13, 2006    BY:/s/  Sanford G. Rosenthal
              SANFORD G. ROSENTHAL, ESQUIRE

164677-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> Niles Mirror & Glass, Inc.
> a/k/a Niles Mirror & Glass
> a/k/a Niles Mirror & Glass, Co.
> 234 Robbins Avenue
> Niles, OH  44446

Date: February 13, 2006        BY:/s/    Sanford G. Rosenthal
                                       SANFORD G. ROSENTHAL, ESQUIRE

164677-1