## **CERTIFICATE OF SERVICE**

I hereby certify this 17th of February, 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

Niles Mirror & Glass, Inc.
a/k/a Niles Mirror & Glass
a/k/a Niles Mirror & Glass, Co.
234 Robbins Avenue
Niles, OH  44446

DATE: February 17, 2006                          /s/ Sanford G. Rosenthal
                                                 SANFORD G. ROSENTHAL, ESQUIRE

160604-1