IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-02481(RCL) |
| v. | ) ) ) | |
| NILES MIRROR & GLASS, INC. | ) ) ) | |
| Defendant. | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES –February 2006**

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Time</u> |
|---|---|---|---|
| 02/09/06 | SMC | Preparation of Letter to P. Burris<br>Preparation of Default Motion. | 2.00 |
| 02/10/06 | SMC | Review of correspondence from P. Burris<br>Preparation of Request for Entry of Default<br>Preparation of Letter to P. Burris | 3.00 |
| 02/13/06 | SMC | Review of correspondence from P. Burris | 0.10 |
| 02/14/06 | SMC | Review of correspondence from the Court<br>Preparation of Default Motion | 0.60 |
| 02/15/06 | SMC | Preparation of Default Motion<br>Preparation of Exhibits<br>Preparation of Declarations | <u>1.50</u> |
| | | TOTAL | 7.20 |

**February Summary**
SMC   7.20 Hrs x $200.00    = $1,400.00

Fees incurred 12/05 – 01/06   = $ 514.00
Costs incurred 12/05– 01/06   = $  367.08

**Grand Total:**   $2,321.08



164676-1

Printed By  MHT
Page  1

Report ID:  OT2025 - 3198
Tuesday, February 14, 2006

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27688 | Niles Mirror & Glas, Inc. | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1/4/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 1/24/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | | Preparation of Letter to Legal Errands |
| | | | | | | | | Review of Correspondence from Legal Errands |
| | | | | | | | | Update Litigation Status Report |
| 1/26/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Affidavit of Service |
| 1/30/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Update Litigation Tracking Report |

**Unbilled Time Totals**    0.80    0.80    $134.00

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 1/9/2006 | $14.08 | PO | Postage Charges |
| 1/26/2006 | $103.00 | 7100 | Service Fee |

**Unbilled Expenses Totals**    $117.08

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 12/14/2005 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case |
| | | | | | | | | Review of Documents |
| | | | | | | | | Memo to File regarding Litigation |
| 12/20/2005 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | | Preparation of Complaint |

**Billed Time Totals**    1.90    1.90    $380.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 12/22/2005 | $250.00 | 7100 | FILING FEE |

**Billed Expenses Totals**    $250.00

Report ID: OT2025 - 3198
Tuesday, February 14, 2006

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Beginning To End

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| **Report Totals** | 2.70 | 2.70 | $514.00 | $367.08 | $881.08 |

*** End Of Report ***