IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 05-02481(RCL) |
| v. | )<br>) |
| NILES MIRROR & GLASS, INC. | )<br>)<br>) |
| Defendant. | ) |

## STIPULATION FOR ENTRY OF
## CONSENT ORDER AND JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed Consent Order and Judgment may be entered without further notice or hearing.

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY
PENSION FUND

BY: _____
SANFORD G. ROSENTHAL, ESQUIRE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611

NILES MIRROR & GLASS, INC.

BY: _____
ROBERT LEONARD
254 Robbins Avenue
Niles, OH 44446
(330) 652-6277

179102-1