IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-02481(RCL) |
| v. | ) ) ) |
| NILES MIRROR & GLASS, INC. | ) ) |
| Defendant. | ) |

## CONSENT ORDER AND JUDGMENT

Upon consideration of the Joint Stipulation for Entry of Consent Order and Judgment, it is ORDERED.

1. Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against Defendant, Niles Mirror & Glass, Inc. ("Company") for unpaid contributions, liquidated damages, interest, late charges and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $69,695.76 ("Judgment Amount") which includes:

| | | |
|---|---|---|
| (a) | Contributions (12/05; 2/06-7/06; 9/06) | $34,957.34 |
| (b) | Liquidated Damages | $14,875.24 |
| (c) | Interest (through 12/15/06) | $3,040.04 |
| (d) | Late charges | $399.75 |
| (e) | Returned Check Fee | $50.00 |
| (f) | Audit Costs | $1,537.08 |
| (g) | Attorneys' Fees and Costs (through 1/24/07) | $14,836.31 |

Interest shall accrue on the Judgment Amount at the rate of 8% per annum compounded daily from December 15, 2006 to the date of payment.

179102-1

2. Company, its owners, officers, agents, servants, attorneys, and all persons acting on its behalf or in conjunction with it shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Company is obligated to do so in accordance with the current and any future collective bargaining agreements to which Company is a party with any local union(s) affiliated with the International Painters and Allied Trades Industry.

3. The Pension Fund is entitled to reimbursement from Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in ¶1(g) above. *See*, 29 U.S.C. §1132(g)(2) and *Free v. Briody,* 793 F2d. 807 (7th Cir. 1986).

4. The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer upon the request of Plaintiff and payment of any required fee.

BY THE COURT

Date_____

ROYCE C. LAMBERTH      J.
United States District Judge

179102-1

Copies shall be sent to:

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 922-3524 (fax)

Robert Leonard
Niles Glass & Mirror, Inc.
234 Robbins Avenue
Niles, OH  44446

179102-1