IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NILES MIRROR & GLASS, INC. )<br>a/k/a Niles Mirror & Glass )<br>a/k/a Niles Mirror & Glass Co. )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>05-cv-02481 (RCL)) |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Sanford G. Rosenthal, as counsel for Plaintiffs in the above-captioned matter.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:   /s Sanford G. Rosenthal
      SANFORD G. ROSENTHAL, ESQUIRE
      The Penn Mutual Towers - 16th Floor
      510 Walnut Street
      Philadelphia, PA 19106
      (215) 351-0611

193263-1