IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> NILES MIRROR & GLASS, INC. <br> a/k/a Niles Mirror & Glass <br> a/k/a Niles Mirror & Glass Co. <br><br> Defendant. | CIVIL ACTION NO. <br> 05-cv-02481 (RCL)) |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Kent G. Cprek, Esquire and the firm of Jennings Sigmond, P.C., as counsel for the Plaintiffs in the above-captioned matter.

Respectfully submitted,
JENNINGS SIGMOND, P.C.

BY: /s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE
I.D. # 478231
The Penn Mutual Towers – 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0615

Date: February 13, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

193265-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, Esquire state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance to be served via first class mail, postage prepaid on the date and to the addresses below:

Niles Mirror & Glass, Inc.
a/k/a: Niles Mirror & Glass
a/k/a : Niles Mirror & Glass Co.
234 Robbins Avenue
Niles, OH  44446

/s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: February 13, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

193265-1