IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | CIVIL ACTION NO. 05-cv-02481 (RCL)) |
| Plaintiff, | ) | |
| v. | ) ) | |
| NILES MIRROR & GLASS, INC. a/k/a Niles Mirror & Glass a/k/a Niles Mirror & Glass Co. | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE TO SATISFY JUDGMENT

**TO THE CLERK:**

Kindly mark the judgment in the above-referenced matter **PAID IN FULL** and **SATISFIED**.

    Respectfully submitted,

    JENNINGS SIGMOND

    BY: /s/ Kent G. Cprek
    KENT G. CPREK, ESQUIRE
    I.D. # 478231
    The Penn Mutual Towers – 16th Floor
    510 Walnut Street
    Philadelphia, PA 19106
    (215) 351-0615
    Attorney for Plaintiffs

Date: February 13, 2008

193266-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, Esquire state under penalty of perjury that I caused a copy of the foregoing Notice to Satisfy Judgment to be served via first class mail, postage prepaid on the date and to the addresses below:

>Niles Mirror & Glass, Inc.
>a/k/a: Niles Mirror & Glass
>a/k/a : Niles Mirror & Glass Co.
>234 Robbins Avenue
>Niles, OH  44446

>/s/ Kent G. Cprek
>KENT G. CPREK, ESQUIRE

Date: February 13, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

193266-1